**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108
Telephone: (312) 504-3485
jschultz@sessions.legal

Attorneys for Defendant,
AT&T Mobility, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA CASTEURA,<br><br>            Plaintiff,<br><br>    vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY, LLC,<br><br>            Defendant. | Case No: 2:22-cv-00504-GMN-BNW<br><br>**JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUESTED EXTENSION** |

NOW COMES defendant AT&T Mobility, LLC, ("AT&T") by and through undersigned counsel, and plaintiff Sylvia Castuera, by and through undersigned

counsel, and hereby jointly stipulate that AT&T shall have an extension of time to respond to plaintiff's complaint, up to and including May 2, 2022.

| | |
|---|---|
| */s/Michael Kind* | */s/James K. Schultz* |
| Michael Kind, Esq. | James K. Schutlz, Esq. |
| Kind Law | Sessions Fishman Nathan & Israel |
| 8860 South Maryland Parkway | 1550 Hotel Circle North, Ste. 260 |
| Suite 106 | San Diego, CA 92108 |
| Las Vegas, Nevada 89123 | Telephone: (312) 504-3485 |
| Telephone: (702) 337-2322 | Counsel for Defendant, |
| Counsel for Plaintiff, | AT&T Mobility, LLC |
| Sylvia Castuera | |

## ORDER

IT IS ORDERED that ECF No. 8 is DENIED without prejudice. *See* LR IA 6-1.

**IT IS SO ORDERED**

**DATED:** 3:21 pm, April 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**