Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  minfuso@greeneinfusolaw.com
            kbarlow@greeneinfusolaw.com

Attorneys for Defendant National
Consumer Telecom & Utilities Exchange, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SYLVIA CASTUERA,<br><br>                              Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY LLC,<br><br>                              Defendants. | Case No. 2:22-cv-00504-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Sylvia Castuera ("Plaintiff" or "Castuera"), by and through his counsel of record, the law firm of Kind Law, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on March 21, 2022;

WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is April 26, 2022;

WHEREAS, due to the recent retention of counsel, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint;

WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including May 26, 2022, in which to respond to Plaintiff's Complaint;

1

1    WHEREAS, there are no other deadlines that are affected by this stipulation that are
2 presently known to the parties; and
3    WHEREAS, this stipulation is not entered into for any improper purpose or to delay;
4    THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up
5 through May 26, 2022 in which to respond to Plaintiff's Complaint.

7 Respectfully Submitted by:                    Approved by:
8 **GREENE INFUSO, LLP**                        **FREEDOM LAW FIRM**

10 /s/ Michael V. Infuso                         /s/ Gerardo Avalos
Michael V. Infuso, Esq.                          Gerardo Avalos,, Esq.
11 Nevada Bar No. 7388                           Nevada Bar No. 15171
Keith W. Barlow, Esq.                            8985 S. Eastern Avenue, Suite 350
12 Nevada Bar No. 12689                          Las Vegas, Nevada 89123
3030 South Jones Blvd. Suite 101
13 Las Vegas, Nevada 89146

**O R D E R**
**IT IS SO ORDERED**

**DATED:** 2:28 pm, April 20, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**