SHANNON G. SPLAINE, ESQ.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, LLP
3960 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Telephone:    (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108
Telephone: (312) 504-3485
jschultz@sessions.legal

Attorneys for Defendant,
AT&T Mobility, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA CASTEURA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T MOBILITY, LLC,<br><br>　　　　　Defendant. | Case No: 2:22-cv-00504-GMN-BN2<br><br>**JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUESTED EXTENSION** |

　　　　NOW COMES defendant AT&T Mobility, LLC, ("AT&T") by and through

undersigned counsel, and plaintiff Sylvia Castuera, by and through undersigned

counsel, pursuant to Local Rule IA 6-1, hereby jointly stipulate and agree as follows:

WHEREAS, Plaintiff filed her Complaint on March 21, 2022;

WHEREAS, Defendant AT&T's deadline to respond to Plaintiff's Complaint was April 18, 2022;

WHEREAS, the Parties are re-filing the stipulation originally filed on April 14, 2022 to add additional content to comply with Local Rule IA 6-1;

WHEREAS, due to the recent retention of counsel, AT&T's counsel needs additional time to investigate and prepare a response to the Complaint and/or explore whether the matter can be quickly resolved;

WHEREAS, Plaintiff has agreed to give Defendant AT&T up through and including May 2, 2022, in which to respond to Plaintiff's Complaint;

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties;

WHEREAS, this stipulation is not entered into for any improper purpose or to delay and is the first request for extension by Defendant AT&T;

THEREFORE, Plaintiff and AT&T hereby stipulate and agree that AT&T may have up through May 2, 2022 in which to respond to Plaintiff's Complaint.

| | |
|---|---|
| */s/ Michael Kind*_____ | */s/James K. Schultz*_____ |
| Michael Kind, Esq. | James K. Schutlz, Esq. |
| Kind Law | Sessions Fishman Nathan & Israel |
| 8860 South Maryland Parkway | 1550 Hotel Circle North, Ste. 260 |

| | |
|---|---|
| Suite 106 | San Diego, CA 92108 |
| Las Vegas, Nevada 89123 | Telephone: (312) 504-3485 |
| Telephone: (702) 337-2322 | Counsel for Defendant, |
| Counsel for Plaintiff, | AT&T Mobility, LLC |
| Sylvia Castuera | |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: \_\_April 21, 2022_____