George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sylvia Castuera*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sylvia Castuera,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>National Consumer Telecom & Utilities Exchange, Inc; AT&T Mobility LLC,<br><br>　　　　Defendant(s). | Case No.: 2:22-cv-00504-GMN-BNW<br><br>**Notice of settlement between Plaintiff and AT&T Mobility LLC.** |

NOTICE                                             - 1 -

The dispute between Sylvia Castuera ("Plaintiff") and AT&T Mobility LLC. ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: May 10, 2022.

                                        **FREEDOM LAW FIRM**

                                        /s/ George Haines
                                        George Haines, Esq.
                                        Gerardo Avalos, Esq.
                                        8985 S. Eastern Ave., Suite 350
                                        Las Vegas, Nevada 89123
                                        *Counsel for Plaintiff Sylvia Castuera*