Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sylvia Castuera*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sylvia Castuera,<br>        Plaintiff<br>   v.<br><br>National Consumer Telecom & Utilities Exchange, Inc; AT&T Mobility LLC,<br>        Defendants. | Case No.: 2:22-cv-00504-GMN-BNW<br><br>**Notice of voluntary dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |

NOTICE                                          - 1 -

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Sylvia Castuera voluntarily dismisses with prejudice the claims against National Consumer Telecom & Utilities Exchange, Inc. in this case. Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 25, 2022.

                                  **FREEDOM LAW FIRM**

                                  /s/ Gerardo Avalos
                                  George Haines, Esq.
                                  Gerardo Avalos, Esq.
                                  8985 S. Eastern Ave., Suite 350
                                  Las Vegas, Nevada 89123
                                  *Attorneys for Plaintiff Sylvia Castuera*