George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sylvia Castuera*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sylvia Castuera, | Case No.: 2:22-cv-00504-GMN-BNW |
| Plaintiff(s,) | **Stipulation of dismissal of AT&T Mobility LLC. with prejudice** |
| v. | |
| National Consumer Telecom & Utilities Exchange, Inc; AT&T Mobility LLC, | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sylvia Castuera and AT&T Mobility LLC. stipulate to dismiss Plaintiff's claims against AT&T Mobility LLC. with prejudice.

///

///

///

S TIPULATION                            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 24, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Sylvia Castuera*

**Sessions, Fishman, Nathan & Israel**

/s/ James Schultz
James Schultz, Esq.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
*Counsel for AT&T Mobility LLC.*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  27  day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT